UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RUIZ FLOREZ,

                        Plaintiff,

                                                  20 Civ. 1522 (LGS)
            -against-

                                                  ORDER

VIA VAI PIZZERIA, ET AL.,

                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 31, 2020, the Court granted Defendant Via Vai Pizzeria's application for an extension of time to answer or otherwise move to Plaintiff's Complaint by April 20, 2020;

       WHEREAS, Defendant Via Vai Pizzeria failed to answer or otherwise respond to the Complaint by April 20, 2020. It is hereby

       **ORDERED** that Defendant Via Vai Pizzeria shall answer or otherwise respond to the Complaint by **April 28, 2020**. It is further

       **ORDERED** that, should Defendant Via Vai Pizzeria fail to answer or otherwise respond by April 28, 2020, Plaintiff shall file Default Judgment papers by **May 12, 2020**, in accordance with Individual Rules' Attachment A.

Dated: April 21, 2020
          New York, New York

                                                          LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE