```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   RUIZ FLOREZ,                                              :
                              Plaintiff,                     :
                                                             :        20 Civ. 1522 (LGS)
                  -against-                                  :
                                                             :             ORDER
   VIA VAI PIZZERIA, et al.,                                 :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 31, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the telephonic initial pretrial conference is scheduled for April 30, 2020, 10:50 a.m.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **April 27, 2020, at 3:00 p.m.**, and shall explain why they have not complied with the Court's deadlines. The joint letter should also provide the Court with one telephone call-in number for the conference call, and if necessary, a passcode. If the parties are not able to arrange a conference call, they shall contact Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **April 28, 2020**, to make other arrangements.

Dated: April 24, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE