MARIA COSTANZA BARDUCCI

# BARDUCCI LAW FIRM

5 West 19th Street, 10th Floor
New York, New York 10011

Telephone: 212-433-2554

**August 21, 2020**

Plaintiff's pre-motion letter is construed as a motion to compel discovery responses, which is GRANTED.  By **September 4, 2020**, Defendants shall respond to Plaintiff's request for production, admissions and interrogatories. The Case Management Plan and Scheduling Order ("CMP") at Dkt. No. 20 advises that the use of any alternative dispute resolution mechanism does not stay or modify any date in the Order.  An Amended CMP will issue separately. The parties are also advised that per Individual Rule I.B.1, the parties shall not send correspondence between counsel.  So Ordered

**Via CM/ECF**
The Hon. Lorna G. Schofield
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: August 24, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re:*   *Ruiz Florez vs. Via Vai Pizzeria Inc. and Silkaly M. Wolchok L.P. #2*
        *Civil Action No.: 1:20-cv-01522-LGS*
        *Letter-Motion to Compel Answers/Responses to Discovery*

Dear Judge Lorna G. Schofield,

I represent the Plaintiff in the above-referenced matter.

Plaintiff served discovery on both defendants on June 30, 2020.  That discovery including requests for production, requests for admissions, and interrogatories to both of the Defendant, Via Vai Pizzeria, Inc. and Silkaly M. Wolchok L.P.#2.

The parties were holding settlement discussions and agreed to mutual extensions to respond to discovery through August 14, 2020.

To date, neither Defendant has answered discovery.

The deadline to complete discovery is today, August 21, 2020.

Plaintiff requests the entry of an order requiring Defendants to comply with discovery within fourteen (14) days.

Respectfully Submitted,

BARDUCCI LAW FIRM

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only